AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS  　　DISTRICT OF　　  EL PASO

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| BRIANA CHRISTINE RUBALCAVA | Case Number: 3:12-M-5254-NJG |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Albert Armendariz, Sr., United States Courthouse<br>525 Magoffin Avenue<br>El Paso, TX  79901 | Magistrate Hearing Room #512 |
| Before: Norbert J. Garney, U. S. Magistrate Judge | Date and Time<br>Wednesday, November 28, 2012 @ 9:00am |

To answer a(n)
- [ ] Indictment
- [✓] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) 7(3)&(13)  TPC 49.04(a)

Brief description of offense:
Count One:  Driving While Intoxicated on or about October 5, 2012, on Fort Bliss, Texas.

UPON RECEIPT OF THIS SUMMONS, PLEASE CONTACT THE OFFICE OF PRETRIAL SERVICES AT 915-534-6758.

FAILURE TO RESPOND TO THIS SUMMONS WILL RESULT IN A WARRANT FOR YOUR ARREST.

_(signature)_　　　　　　　　　　　　　　　November 6, 2012
Signature of Issuing Officer　　　　　　　　Date

Honorable Norbert J. Garney, U. S. Magistrate Judge
Name and Title of Issuing Officer